**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MARIPAT L. GATTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-CV-01532-SPM |
| ) | |
| CEP AMERICA-MISSOURI, LLLP, ) | |
| and CEP AMERICA, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF JUDGMENT**

In accordance with the Memorandum and Order entered this date,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Petition (Doc. 5) is **DISMISSED**, with prejudice.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd of May 2024.