# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  24-2259
_____

Maripat L. Gatter

Plaintiff - Appellant

v.

CEP America-Missouri, LLLP; CEP America, LLC

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-01532-SPM)

_____

## JUDGMENT

Before SMITH, KELLY, and ERICKSON, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 25, 2025


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Susan E. Bindler